■ JOSEPH TEDESCO, Respondent, v RELIABLE YARN & TRIMMING CO., INC., et al., Appellants. — Order of the Supreme Court, Nassau County, entered January 16, 1979, and amended by a further order of the same court entered January 22, 1979, affirmed, with one bill of $50 costs and disbursements. No opinion. Titone, J.P., Mangano, Gulotta and Thompson, JJ., concur.